FILED
U.S. BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS
OF ARKANSAS
April 27, 2018
JEAN ROLFS, CLERK
By: annette robinson
Deputy Clerk

James Edward Tomassini
Michelle S. Tomassini
Case # 4:18-bK-12259

List of Creditors

2.1 and 22. UAMS
PO Box 505
Linden, MI 48451

4.1. Capital One
1680 Capital One Dr.
McLean, VA 22102

4.2. Discover Card
PO Box 30943
Salt Lake City, UT 84130

4.3. Synchrony Bank
PO Box 965004
Orlando, FL 32896

The CBE Group, Inc.          for line 2.2
1309 Technology Parkway
Cedar Falls, IA 50613

Stephen L. Bruce             for line 4.2
PO Box 808
Edmond, OK 73083

EGS Financial Care, Inc.     for line 4.3
PO Box 1020
Horsham, PA 19044

Stephen P. Lamb              for line 4.3
PO Box 1027
Beebe, AR 72012

8 pages AR

EOD: April 27, 2018

Fill in this information to identify your case:

Debtor 1: James Edward Tomassini
(First Name / Middle Name / Last Name)

Debtor 2: Michelle Susanne Tomassini
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Eastern & Western District of Arkansas

Case number (If known): 4:18-bk-12259

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**
UAMS
Priority Creditor's Name
PO Box 505
Number / Street
Linden MI 48451
City / State / ZIP Code

Last 4 digits of account number  8 8 0 3    $630.55   $630.55   $0.00

When was the debt incurred? 03/16/2018

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify: medical

**2.2**
UAMS
Priority Creditor's Name
PO Box 505
Number / Street
Linden MI 48451
City / State / ZIP Code

Last 4 digits of account number  4 9 4 0    $65.00    $65.00    $0.00

When was the debt incurred? 10/20/2017

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify: medical

Official Form 106E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 1 of ___

Debtor 1 ___James___ ___Edward___ ___Tomassini___  Case number (if known) 4:18-bk-12259
        First Name   Middle Name   Last Name

**Part 1:  Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.    Total claim    Priority amount    Nonpriority amount

---

☐ _____  Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
Priority Creditor's Name

_____  When was the debt incurred? _____
Number   Street

_____  As of the date you file, the claim is: Check all that apply.

_____  ☐ Contingent
City   State   ZIP Code    ☐ Unliquidated
                                      ☐ Disputed

**Who incurred the debt?** Check one.  **Type of PRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only  ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only  ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another  ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt  ☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

☐ _____  Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
Priority Creditor's Name

_____  When was the debt incurred? _____
Number   Street

_____  As of the date you file, the claim is: Check all that apply.

_____  ☐ Contingent
City   State   ZIP Code    ☐ Unliquidated
                                      ☐ Disputed

**Who incurred the debt?** Check one.  **Type of PRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only  ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only  ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another  ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt  ☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

☐ _____  Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
Priority Creditor's Name

_____  When was the debt incurred? _____
Number   Street

_____  As of the date you file, the claim is: Check all that apply.

_____  ☐ Contingent
City   State   ZIP Code    ☐ Unliquidated
                                      ☐ Disputed

**Who incurred the debt?** Check one.  **Type of PRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only  ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only  ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another  ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt  ☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor 1 James (First Name) Edward (Middle Name) Tomassini (Last Name)          Case number (if known) 4:18-bk-12259

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☑ Yes

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1 Capital One**
Nonpriority Creditor's Name
PO Box 504962
Number    Street
St. Louis    MO    63150
City    State    ZIP Code

Last 4 digits of account number  7 2 1 4
When was the debt incurred?  10/01/2013

$ 592.83

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __credit card__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.2 Discover Card**
Nonpriority Creditor's Name
PO Box 30943
Number    Street
Salt Lake City    UT    84130
City    State    ZIP Code

Last 4 digits of account number  3 6 8 1
When was the debt incurred?  10/01/2013

$ 8,470.08

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __credit card__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.3 Synchrony Bank**
Nonpriority Creditor's Name
PO Box 965004
Number    Street
Orlando    FL    32896
City    State    ZIP Code

Last 4 digits of account number  1 9 5 9
When was the debt incurred?  10/01/2013

$ 503.55

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __credit card__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1    James                Edward                    Tomassini
         First Name      Middle Name        Last Name

Case number (if known) 4:18-bk-12259

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**Nonpriority Creditor's Name**

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**Nonpriority Creditor's Name**

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**Nonpriority Creditor's Name**

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

Debtor 1 James Edward Tomassini
      First Name    Middle Name    Last Name

Case number (if known) 4:18-bk-12259

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name | The CBE Group, Inc. |
|---|---|
| Number Street | 1309 Technology Pkwy |
| City / State / ZIP Code | Cedar Falls, IA 50613 |

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.2 of (Check one): ☑ Part 1: Creditors with Priority Unsecured Claims
      ☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 4 3 7 5

---

| Name | FirstSource Advantage, LLC |
|---|---|
| Number Street | PO Box 628 |
| City / State / ZIP Code | Buffalo, NY 14240 |

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
      ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 7 2 1 4

---

| Name | Stephen L. Bruce |
|---|---|
| Number Street | PO Box 808 |
| City / State / ZIP Code | Edmond, OK 73083 |

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.2 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
      ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 3 6 8 1

---

| Name | EGS Financial Care, Inc. |
|---|---|
| Number Street | PO Box 1020 |
| City / State / ZIP Code | Horsham, PA 19044 |

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.3 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
      ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 1 9 5 9

---

| Name | Stephen P. Lamb |
|---|---|
| Number Street | PO Box 1027 |
| City / State / ZIP Code | Beebe, AR 72012 |

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.3 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
      ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 1 9 5 9

---

| Name | |
|---|---|
| Number Street | |
| City / State / ZIP Code | |

On which entry in Part 1 or Part 2 did you list the original creditor?
Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
      ☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

---

| Name | |
|---|---|
| Number Street | |
| City / State / ZIP Code | |

On which entry in Part 1 or Part 2 did you list the original creditor?
Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
      ☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Debtor 1 James Edward Tomassini  
        First Name     Middle Name     Last Name

Case number *(if known)* 4:18-bk-12259

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | Total claim |
|---|---|
| 6a. Domestic support obligations | 6a. $ 0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. $ 0.00 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. $ 0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $ 695.00 |
| 6e. Total. Add lines 6a through 6d. | 6e. $ 695.00 |

**Total claims from Part 2**

| | Total claim |
|---|---|
| 6f. Student loans | 6f. $ 0.00 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ 0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $ 0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 9,566.46 |
| 6j. Total. Add lines 6f through 6i. | 6j. $ 9,566.46 |

James E Terrian & Michelle Simmons
2109 Gilliagan Rd
Little Rock AR 72206

Clerks Office
300 W 2nd St
Little Rock AR 72201

72201=241000