IN THE UNITED STATES BANKRUPTCYOURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: JAMES EDWARD TOMASSINI and　　　　CASE NO. 4:18-bk-12259 T
　　　　MICHELLE SUSANNE TOMASSINI
　　　　Debtors　　　　　　　　　　　　　　　　　CHAPTER 7

## TRUSTEE'S MOTION TO DISMISS
## FOR FAILURE TO ATTEND 341(a) MEETINGS

Comes the Trustee, Frederick S. Wetzel, III, and for his Motion to Dismiss for Failure to Attend 341(a) Meetings, respectfully states and alleges:

1. This case was commenced by the filing of a voluntary Chapter 7 petition on April 23, 2018.

2. Frederick S. Wetzel, III is the duly appointed and acting trustee in the captioned case, having been appointed the same day.

3. The Debtor and Joint Debtor were directed to appear at the 341(a) meetings set for the dates on June 5, 2018 (Doc# 2), July 3, 2018 (Doc# 20), July 18, 2018 (Doc# 24) and August 16, 2018 (Doc# 28).

4. The Debtor failed to appear at the meetings.

5. That pursuant to 11 U.S.C. § 707(a) and Bankruptcy Rules of Procedure 1017(a), 2002(a), this case for the Debtor should be dismissed.

**WHEREFORE**, the Trustee prays that this case for the Debtor be dismissed for failure to attend the continued 341(a) meetings and comply with all the requirements; and for all other just and proper relief.

DATED: August 27, 2018

Respectfully submitted,

By: */s/ Frederick S. Wetzel, III*
FREDERICK S. WETZEL, III, Trustee
Arkansas Bar No. 80159
200 N. State Street, Suite 200
Little Rock, AR 72201-1399
(501) 663-0535 Fax (501) 372-1550

## **CERTIFICATE OF SERVICE**

I certify that I have mailed a copy of the foregoing pleading to the following attorneys and parties of interest by ordinary mail with sufficient postage thereon or by electronic mail on this 27th day of August 2018:

James Edward Tomassini, Debtor
Michelle Susanne Tomassini, Joint Debtor
PRO SE
2109 Cliffwood Road
Little Rock, AR 72206

United States Trustee
200 W. Capitol Avenue, Suite 1200
Little Rock, AR 72201

*/s/ Frederick S. Wetzel, III*
Frederick S. Wetzel, III, Trustee