*James E. Tomassini & Michelle S. Tomassini*
*4:18 bk 12259*

**FILED**
**U.S. BANKRUPTCY COURT**
**EASTERN & WESTERN DISTRICTS**
**OF ARKANSAS**

September 24, 2018

**JEAN ROLFS, CLERK**
By: Lori Stanley
Deputy Clerk

Certificate Number: 15725-ARE-CC-031614529

15725-ARE-CC-031614529

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 13, 2018</u>, at <u>11:19</u> o'clock <u>PM EDT</u>, <u>James Tomassini</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Arkansas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>September 13, 2018</u>    By: <u>/s/Ernest Hill</u>

Name: <u>Ernest Hill</u>

Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

EOD: September 24, 2018

*James E Tomassini & Michelle S Tomassini*
*4:18bk 12259*

FILED
U.S. BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS
OF ARKANSAS
September 24, 2018
JEAN ROLFS, CLERK
By: Lori Stanley
Deputy Clerk

Certificate Number: 15725-ARE-CC-031614530

15725-ARE-CC-031614530

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 13, 2018, at 11:19 o'clock PM EDT, Michelle Tomassini received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Arkansas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: September 13, 2018           By: /s/Ernest Hill

                                   Name: Ernest Hill

                                   Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).