# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

IN RE:  JAMES EDWARD TOMASSINI and			CASE NO. 4:18-bk-12259 T
        MICHELLE SUSANNE TOMASSINI
        Debtors							CHAPTER 7

## INTERROGATORIES PROPOUNDED TO DEBTOR

The Trustee, Frederick S. Wetzel, III, propounds the following interrogatories to be answered by the Debtor, James Edward Tomassini, as per Motion and Order - Doc # 33 and 44.

INTERROGATORY NO. 1: Please state your name, current address, and telephone number.

INTERROGATORY NO. 2: Did you assist your attorney in the preparation of the documents filed in this case? If not an attorney, who assisted you in preparation of documents?

INTERROGATORY NO. 3: Are the documents true and correct to the best of your information, knowledge and belief? Is the address of your current employer correctly listed in the schedules?

INTERROGATORY NO. 4: Did you list all of the property you own or are entitled to receive?

INTERROGATORY NO. 5:  Did you list all the creditors to whom you owe money?

INTERROGATORY NO. 6:  Other than your ordinary monthly payments and expenses,

did you pay any of your creditors in full during the ninety (90) days before you filed your case?

INTERROGATORY NO. 7: Other than your ordinary monthly payments and expenses or ordinary gifts to your family members, in the last three (3) years preceding the filing of your case did you transfer money or property to anyone for any other reason?

INTERROGATORY NO. 8: Does anyone have anything belonging to you?

INTERROGATORY NO. 9: Do you have anything that belongs to someone else?

INTERROGATORY NO. 10: Do you know if you will receive money or property from a life insurance contract, inheritance, or personal injury claim within six (6) months after filing this case?

INTERROGATORY NO. 11: Is your Social Security number correctly reported on your petition?

INTERROGATORY NO. 12: Have you previously filed bankruptcy? If so, when, and did you receive a discharge?

INTERROGATORY NO. 13: Have you provided your most recent tax returns (for tax year 2017) to the Chapter 7 Trustee?

INTERROGATORY NO. 14: (*Directed to Debtor's Attorney*): Do you agree this case should be reported as a no-asset case?

                Respectfully submitted,

By:   /s/ Frederick S. Wetzel, III_____
       FREDERICK S. WETZEL, III, Trustee
       200 North State Street, Suite 200
       Little Rock, Arkansas 72201-1399
       (501) 663-0535 (Telephone)
       (501) 372-1550 (Facsimile)

## CERTIFICATE OF SERVICE

I, Frederick S. Wetzel, III, do hereby certify that a copy of the foregoing *Interrogatories* have been mailed with sufficient postage and provided electronically or via U.S. Mail to the following on November 16, 2018:

Charles W. Tucker,
U.S. Trustee
200 W. Capitol, Suite 1200
Little Rock, AR 72201

James Edward Tomassini
Michelle Susanne Tomassini
2109 Cliffwood Road
Little Rock, AR 72206

                /s/ Frederick S. Wetzel, III
                Frederick S. Wetzel, III, Trustee