UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

FILED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OF AR
DEC 10 2018
JEAN ROLFS, CLERK by MJ

IN RE: JAMES EDWARD TOMASSINI and
MICHELLE SUSANNE TOMASSINI
Debtors

CASE NO. 4:18-bk-12259 T

CHAPTER 7

### INTERROGATORIES PROPOUNDED TO DEBTOR

The Trustee, Frederick S. Wetzel, III, propounds the following interrogatories to be answered by the Debtor, James Edward Tomassini, as per Motion and Order - Doc # 33 and 44.

INTERROGATORY NO. 1: Please state your name, current address, and telephone number.

*James Tomassini, 2101 Cliffwood Rd, LR, AR 72206, (501) 502-9853*

INTERROGATORY NO. 2: Did you assist your attorney in the preparation of the documents filed in this case? If not an attorney, who assisted you in preparation of documents? *No. pro se case*

INTERROGATORY NO. 3: Are the documents true and correct to the best of your information, knowledge and belief? Is the address of your current employer correctly listed in the schedules? *Yes*

INTERROGATORY NO. 4: Did you list all of the property you own or are entitled to receive? *Yes*

INTERROGATORY NO. 5: Did you list all the creditors to whom you owe money? *Yes*

INTERROGATORY NO. 6: Other than your ordinary monthly payments and expenses,

did you pay any of your creditors in full during the ninety (90) days before you filed your case?

No

INTERROGATORY NO. 7: Other than your ordinary monthly payments and expenses or ordinary gifts to your family members, in the last three (3) years preceding the filing of your case did you transfer money or property to anyone for any other reason?

No

INTERROGATORY NO. 8: Does anyone have anything belonging to you?

No

INTERROGATORY NO. 9: Do you have anything that belongs to someone else?

No

INTERROGATORY NO. 10: Do you know if you will receive money or property from a life insurance contract, inheritance, or personal injury claim within six (6) months after filing this case? I a unaware of any money or property coming to me from a life insurance contract, inheritance, or personal injury

INTERROGATORY NO. 11: Is your Social Security number correctly reported on your petition? Yes

INTERROGATORY NO. 12: Have you previously filed bankruptcy? If so, when, and did you receive a discharge? No

INTERROGATORY NO. 13: Have you provided your most recent tax returns (for tax year 2017) to the Chapter 7 Trustee? Yes

INTERROGATORY NO. 14: (*Directed to Debtor's Attorney*): Do you agree this case should be reported as a no-asset case? Yes

                                                          Respectfully submitted,

By:   /s/ Frederick S. Wetzel, III
         FREDERICK S. WETZEL, III, Trustee
         200 North State Street, Suite 200
         Little Rock, Arkansas 72201-1399
         (501) 663-0535 (Telephone)
         (501) 372-1550 (Facsimile)

## CERTIFICATE OF SERVICE

I, Frederick S. Wetzel, III, do hereby certify that a copy of the foregoing *Interrogatories* have been mailed with sufficient postage and provided electronically or via U.S. Mail to the following on November 16, 2018:

Charles W. Tucker,
U.S. Trustee
200 W. Capitol, Suite 1200
Little Rock, AR 72201

James Edward Tomassini
Michelle Susanne Tomassini
2109 Cliffwood Road
Little Rock, AR 72206

                                                  /s/ Frederick S. Wetzel, III
                                                  Frederick S. Wetzel, III, Trustee

## DECLARATION OF JAMES EDWARD TOMASSINI

I, James Edward Tomassini, declare:

1. I, James Edward Tomassini, filed a Chapter 7 bankruptcy on April 23, 2018.

2. Per an Order of the Court, I declare that I have answered truthfully, to the best of my ability, the attached Trustee's Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___10___ day of __December__, __2018__ in Little Rock, Arkansas.

_____
Signature for: James Edward Tomassini

**STATE OF ARKANSAS** }
                                     } ss.
**COUNTY OF PULASKI** }

SUBSCRIBED AND SWORN to before me, a Notary Public, this __10th__ day of __December__, __2018__.

_____
Notary Public

My Commission Expires:

__June 25, 2028__

```
JULIO ORTEGA
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires June 25, 2028
Commission # 12704952
```