Form nclsndsc

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

Case No.: 4:18−bk−12259
Chapter: 7
Judge: Richard D. Taylor

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Edward Tomassini | Michelle Susanne Tomassini |
| 2109 Cliffwood Road | 2109 Cliffwood Road |
| Little Rock, AR 72206 | Little Rock, AR 72206 |
| Discharge Withheld for Failure to Submit | Discharge Withheld for Failure to Submit |
| Cert of Instructional Course for Personal | Cert of Instructional Course for Personal |
| Financial Mgmt | Financial Mgmt |

Social Security No.:
xxx−xx−3953                          xxx−xx−1191

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

Debtor and/or Joint Debtor did not file Official Form 423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 3/12/19

Jean Rolfs, Clerk
By:
Tanya Wilkins
Deputy Clerk