FILED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OF AR

MAR 15 2019

JEAN ROLFS, CLERK by_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: JAMES EDWARD TOMASSINI and         CASE NO. 4:18-BK-12259 T
       MICHELLE SUSANNE TOMASSINI
       Debtors                                            CHAPTER 7

### REQUEST TO REOPEN CASE SINCE ALL DEFICIENCIES HAVE BEEN DEALT WITH

On March 12, 2019, a notice to close this case without discharge was filed because supposedly a Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management was not filed for the Debtors.

On September 24, 2018, a Certificate of Counseling for both Debtors was filed with the court. This was followed by an Order signed by Richard D. Taylor was filed with the Court stating that the Motion to Dismiss filed by Acting U.S. Trustee Daniel J. Casamatta and trial attorney Joseph A. DiPietro had been resolved in total. This was because, upon consideration, for good cause shown and by agreement of the parties, that the Court found that the Motion to Dismiss filed by the U.S. Trustee was **WITHDRAWN**.

Since the Debtors have complied with all motions in this case, it is requested that this case be reopened and proceed to discharge.

/s/ James Edward Tomassini  James Tomassini 3/14/19
James Edward Tomassini
Co-debtor
2109 Cliffwood Road
Little Rock, AR 72206
PH: (501) 438-7307

/s/ Michelle Susanne Tomassini  Michelle Tomassini
Michelle Susanne Tomassini     3/14/19
Co-debtor
2109 Cliffwood Road
Little Rock, AR 72206
PH: (501) 438-7307

EOD: March 15, 2019

Form nclsndsc

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

Case No.: 4:18-bk-12259
Chapter: 7
Judge: Richard D. Taylor

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Edward Tomassini | Michelle Susanne Tomassini |
| 2109 Cliffwood Road | 2109 Cliffwood Road |
| Little Rock, AR 72206 | Little Rock, AR 72206 |
| Discharge Withheld for Failure to Submit | Discharge Withheld for Failure to Submit |
| Cert of Instructional Course for Personal | Cert of Instructional Course for Personal |
| Financial Mgmt | Financial Mgmt |

Social Security No.:
xxx-xx-3953    xxx-xx-1191

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge for the reason(s) indicated below.

Debtor and/or Joint Debtor did not file Official Form 423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 3/12/19

Jean Rolfs, Clerk
By:
Tanya Wilkins
Deputy Clerk

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860-4 | User: tanya | Date Created: 3/12/2019 |
| Case: 4:18-bk-12259 | Form ID: nclsndsc | Total: 15 |

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov
tr     Frederick S. Wetzel, III    fswetzel@wetzelandmoore.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       James Edward Tomassini      2109 Cliffwood Road      Little Rock, AR 72206
jdb      Michelle Susanne Tomassini      2109 Cliffwood Road      Little Rock, AR 72206
6178014  Capital One      1680 Capital One Dr.      McLean, VA 22102
6178025  Capital One      P.O. Box 504962      St. Louis, MO 63150
6178015  Discover Card      P.O. Box 30943      Salt Lake City, UT 84130
6178019  EGS Financial Care, Inc.      P.O. Box 1020      Horsham, PA 19044
6178026  FirstSource Advantage, LLC      P.O. Box 628      Buffalo, NY 14240
6175271  PRA Receivables Management, LLC      PO Box 41021      Norfolk, VA 23541
6178018  Stephen L. Bruce      P.O. Box 808      Edmond, OK 73083
6178020  Stephen P. Lamb      P.O. Box 1027      Beebe, AR 72012
6178016  Synchrony Bank      P.O. Box 965004      Orlando, FL 32896
6178017  The CBE Group, Inc.      1309 Technology Parkway      Cedar Falls, IA 50613
6178013  UAMS      P.O. Box 505      Linden, MI 48451

TOTAL: 13

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

IN RE: JAMES EDWARD TOMASSINI and                    Case No. 4:18-bk-12259-T
MICHELLE SUSANNE TOMASSINI, Debtors                  Chapter 7

## ORDER

On this day comes before the Court the Motion to Dismiss filed by Acting U.S. Trustee, Daniel J. Casamatta, by trial attorney, Joseph A. DiPietro, on April 30, 2018. The matter came before the Court on August 30, 2018. However, the parties announce that the Motion to Dismiss has been resolved. Therefore, upon consideration, for good cause shown and by agreement of the parties, the Court finds that the Motion to Dismiss filed by the United States Trustee is **WITHDRAWN**.

IT IS SO ORDERED.

_____
RICHARD D. TAYLOR
UNITED STATES BANKRUPTCY JUDGE

DATE: September 23, 2018

James E. Tomassini
Michelle S. Tomassini
*Pro Se* Debtors
2109 Cliffwood Road
Little Rock, AR 72206

Frederick S. Wetzel
Chapter 7 Trustee
200 North State St., Ste. 200
Little Rock, AR 72201-1399

U.S. Trustee
300 W. Second Street, Ste. 1200
Little Rock, AR 72201

EOD: September 25, 2018

# Notice Recipients

District/Off: 0860-4  User: tanya  Date Created: 9/25/2018
Case: 4:18-bk-12259  Form ID: pdf06Ac  Total: 4

**Recipients of Notice of Electronic Filing:**
ust  U.S. Trustee (ust)  USTPRegion13.LR.ECF@usdoj.gov
tr  Frederick S. Wetzel, III  fswetzel@wetzelandmoore.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  James Edward Tomassini  2109 Cliffwood Road  Little Rock, AR 72206
jdb  Michelle Susanne Tomassini  2109 Cliffwood Road  Little Rock, AR 72206

TOTAL: 2

4:18 bk 12259 Tomasi

FILED
U.S. BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS
OF ARKANSAS
September 24, 2018
JEAN ROLFS, CLERK
By: Lori Stanley
Deputy Clerk

Certificate Number: 15725-ARE-CC-031614529

15725-ARE-CC-031614529

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 13, 2018, at 11:19 o'clock PM EDT, James Tomassini received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Arkansas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: September 13, 2018         By:    /s/Ernest Hill

                                 Name:  Ernest Hill

                                 Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

EOD: September 24, 2018

FILED
U.S. BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS
OF ARKANSAS
September 24, 2018
JEAN ROLFS, CLERK
By: Lori Stanley
Deputy Clerk

Certificate Number: 15725-ARE-CC-031614530

15725-ARE-CC-031614530

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 13, 2018, at 11:19 o'clock PM EDT, Michelle Tomassini received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Arkansas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: September 13, 2018        By: /s/Ernest Hill

                                Name: Ernest Hill

                                Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Form nreqfin

## UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

Case No.: 4:18-bk-12259
Chapter: 7
Judge: Richard D. Taylor

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
James Edward Tomassini                  Michelle Susanne Tomassini
2109 Cliffwood Road                     2109 Cliffwood Road
Little Rock, AR 72206                   Little Rock, AR 72206

Social Security No.:
xxx-xx-3953                             xxx-xx-1191

Employer's Tax I.D. No.:

---

### NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
### (Official Form 423)

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Bankruptcy Rule 1007(b)(7), unless an approved provider of an instructional course concerning personal financial management has notified the court that a debtor has completed the course after filing the petition, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 423) as described in 11 U.S.C. § 111.

Unless an approved provider of an instructional course concerning personal financial management has notified the court that a debtor has completed the course after filing the petition, debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 423 within 60 days after the first date set from the meeting of creditors under § 341. This may be the only notice the debtor(s) and/or the debtor(s)' attorney receives regarding completion of an instructional course in personal financial management. Failure to file the certification will result in the case being closed without an entry of discharge.

Jean Rolfs
Clerk, U.S. Bankruptcy Court

Dated: 7/23/18

# Notice Recipients

District/Off: 0860-4         User: admin              Date Created: 07/23/2018
Case: 4:18-bk-12259          Form ID: nreqfin         Total: 4

**Recipients of Notice of Electronic Filing:**
ust   U.S. Trustee (ust)          USTPRegion13.LR.ECF@usdoj.gov
tr    Frederick S. Wetzel, III    fswetzel@wetzelandmoore.com

                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    James Edward Tomassini       2109 Cliffwood Road    Little Rock, AR 72206
jdb   Michelle Susanne Tomassini   2109 Cliffwood Road    Little Rock, AR 72206

                                                                TOTAL: 2

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: JAMES EDWARD TOMASSINI and      Case No. 4:18-bk-12259-T
MICHELLE SUSANNE TOMASSINI, Debtors     Chapter 7

## MOTION TO DISMISS THE CASE AND
## OBJECTION TO REQUEST FOR WAIVER

The United States Trustee ("UST") for Region 13, through the undersigned counsel, moves the Court to dismiss this case pursuant to 11 U.S.C. § 707(a). In support of this motion, the UST respectfully states that:

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1334, 157(a), and Local Rule 83.1 of the District Court.

2. This case was commenced on April 23, 2018, by the filing of a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

3. On April 23, 2017, the Debtors filed a petition which requested a waiver of the requirement of pre-petition budget and credit counseling.

4. Pursuant to 11 U.S.C. § 109(h), an individual may not be a debtor unless during the 180-day period preceding the filing of the petition the debtor received from an approved nonprofit budget and credit counseling agency a briefing that outlined the opportunities for available credit counseling and assisted the individual in performing a related budget analysis.

5. Pursuant to 11 U.S.C. § 521(b)(1), a debtor shall file with the Court a credit counseling certificate from the approved agency that provided the briefing and related budget analysis required pursuant to § 109(h). Pursuant to Interim Bankruptcy Rule 1007(b)(3) and (c), a debtor must file with a voluntary petition either the Certificate of Credit Counseling; a "certification" under 11 U.S.C. §109(h)(3); or a request for a determination by the Court under 11

1

U.S.C. §109(h)(4) requesting a waiver of the credit counseling requirement due to incapacity, disability or military service in a combat zone.

6. A request for a deferral of the credit counseling requirements pursuant to §109(h)(3) must be signed by the debtor personally and in a form consistent with 28 U.S.C. § 1746, such that the debtor declares under penalty of perjury that the statements made are true and correct. See, *In Re Rodriguez*, 336 B.R. 462, 470 (Bankr. D. Id. 2005); also see, *In Re Cobb*, 343 B.R. 204 (Bankr. E.D. Ark. 2006).

7. Pursuant to §109(h)(3), the Debtors' certification must describe exigent circumstances that merit a waiver of the credit counseling requirements; state that the Debtors requested credit counseling services from an approved agency, but were unable to obtain the services during the 5-day period beginning on the date on which the Debtors made the request; and is satisfactory to the Court.

8. The Debtors' certification of exigent circumstances should contain a description of the facts underlying any alleged exigent circumstances; the name of the credit counseling agencies that were contacted; the date the request for counseling was made; an explanation why the debtor believed that the services could not be obtained before the filing; and a date when the services are reasonably likely to be obtained. *See In Re Afolabi*, 343 B.R. 195 (Bankr. S.D. Ind., 2006); *In Re Dansby*, 340 B.R. 564 (Bankr. D.S.C. 2006).

9. The exigent circumstances exception to the credit counseling requirement has three statutory requirements. All three requirements must be met to warrant a deferral of the credit counseling requirement pursuant to §109(h)(3). See, *In Re Dixon*, 338 B.R. 383, (8th Cir. BAP 2006).

10. The Debtors in this case have not complied with the statutory requirements of §109(h)(3) and are not eligible for a deferral of the pre-filing credit counseling requirement of §109(h)(1).

11. The Debtors' failure to obtain pre-petition credit counseling and failure to certify factors that would merit a deferral of the credit counseling requirements means that the Debtors are not eligible to be debtors under the Bankruptcy Code. See, *In Re Dixon*, 338 B.R. 383, (8th Cir. BAP 2006).

12. For the reasons stated above, cause exists pursuant to 11 U.S.C. § 707(a) for dismissal of the Debtors' bankruptcy case.

WHEREFORE, the United States Trustee prays that the Debtors' request for waiver of the credit counseling requirements be denied; that this case be dismissed; and for all further and just relief to which they may be entitled.

> DANIEL J. CASAMATTA
> ACTING UNITED STATES TRUSTEE
>
> CHARLES W. TUCKER
> ASSISTANT UNITED STATES TRUSTEE
>
> /s/ Joseph A. DiPietro
> JOSEPH A. DIPIETRO, Bar No. 98004
> Trial Attorney
> 200 West Capitol, Suite 1200
> Little Rock, AR 72201
> PH: (501) 324-7357
> FAX: (501) 324-7388

3

## CERTIFICATE OF SERVICE

I certify that I have mailed a copy of the foregoing pleading to the following attorneys and parties of interest by ordinary mail with sufficient postage thereon or by electronic mail on this 30th day of April, 2018.

James E. Tomassini
Michelle S. Tomassini
*Pro Se* Debtors
2109 Cliffwood Road
Little Rock, AR 72206

Frederick S. Wetzel
Chapter 7 Trustee
200 North State St., Ste. 200
Little Rock, AR 72201-1399

            /s/ Joseph A. DiPietro
            JOSEPH A. DiPIETRO

4