Certificate Number: 14688-ARE-DE-032496764

Bankruptcy Case Number: 18-12259

FILED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OF AR
MAR 25 2019
JEAN ROLFS, CLERK by

14688-ARE-DE-032496764

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 22, 2019, at 5:04 o'clock PM CDT, James Edward Tomassini completed a course on personal financial management given by internet by $10 Debtor Education, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Arkansas.

Date: March 25, 2019

By: /s/Helen L. Cagle

Name: Helen L. Cagle

Title: Managing Director

Certificate Number: 14688-ARE-DE-032496763

Bankruptcy Case Number: 18-12259



14688-ARE-DE-032496763

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 22, 2019, at 5:04 o'clock PM CDT, Michelle Tomassini completed a course on personal financial management given by internet by $10 Debtor Education, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Arkansas.

Date: March 25, 2019

By: /s/Helen L. Cagle

Name: Helen L. Cagle

Title: Managing Director