```
                              United States Bankruptcy Court
                               Eastern District of Arkansas
In re:                                                            Case No. 18-12259-rdt
James Edward Tomassini                                            Chapter 7
Michelle Susanne Tomassini
        Debtors                          CERTIFICATE OF NOTICE
District/off: 0860-4          User: marybeth              Page 1 of 1            Date Rcvd: May 10, 2019
                              Form ID: dis                Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
```
db/jdb         +James Edward Tomassini,   Michelle Susanne Tomassini,   2109 Cliffwood Road,
                 Little Rock, AR 72206-3908
6178025        +Capital One,   P.O. Box 504962,   St. Louis, MO 63150-4962
6178018        +Stephen L. Bruce,   P.O. Box 808,   Edmond, OK 73083-0808
6178013        +UAMS,   P.O. Box 505,   Linden, MI 48451-0505
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
6178014        +EDI: CAPITALONE.COM May 11 2019 04:03:00     Capital One,   1680 Capital One Dr.,
                 McLean, VA 22102-3407
6178015         EDI: DISCOVER.COM May 11 2019 04:03:00     Discover Card,   P.O. Box 30943,
                 Salt Lake City, UT  84130
6178019        +E-mail/Text: egssupportservices@alorica.com May 11 2019 00:12:55      EGS Financial Care, Inc.,
                 P.O. Box 1020,   Horsham, PA 19044-8020
6178026        +EDI: FSAE.COM May 11 2019 04:03:00     FirstSource Advantage, LLC,   P.O. Box 628,
                 Buffalo, NY 14240-0628
6175271        +EDI: PRA.COM May 11 2019 04:03:00     PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
6178016        +EDI: RMSC.COM May 11 2019 04:03:00     Synchrony Bank,   P.O. Box 965004,
                 Orlando, FL 32896-5004
6178017        +E-mail/Text: bankruptcynotices@cbecompanies.com May 11 2019 00:13:01      The CBE Group, Inc.,
                 1309 Technology Parkway,   Cedar Falls, IA 50613-6976
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6178020       ##+Stephen P. Lamb,   P.O. Box 1027,   Beebe, AR 72012-1027
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
```
              Frederick S. Wetzel, III    fswetzel@wetzelandmoore.com,  firm@wetzelandmoore.com;AR10@ecfcbis.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
               j.gov
                                                                                             TOTAL: 2
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **James Edward Tomassini** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx−xx−3953** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Michelle Susanne Tomassini** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx−xx−1191** <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Arkansas** | | |
| Case number: **4:18−bk−12259** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James Edward Tomassini        Michelle Susanne Tomassini

**By the court:** *Richard D. Taylor (signature)*

Dated: 5/10/19

Richard D. Taylor
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318        **Order of Discharge**        page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

5/10/19

Official Form 318 **Order of Discharge** page 2