United States Bankruptcy Court
Eastern District of Arkansas

In re:                                                          Case No. 18-12259-rdt
James Edward Tomassini                                          Chapter 7
Michelle Susanne Tomassini
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0860-4          User: marybeth          Page 1 of 1          Date Rcvd: May 10, 2019
                             Form ID: pdf08Ac         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
db/jdb        +James Edward Tomassini,   Michelle Susanne Tomassini,   2109 Cliffwood Road,
               Little Rock, AR 72206-3908
6178025       +Capital One,   P.O. Box 504962,   St. Louis, MO 63150-4962
6178026       +FirstSource Advantage, LLC,   P.O. Box 628,   Buffalo, NY 14240-0628
6178018       +Stephen L. Bruce,   P.O. Box 808,   Edmond, OK 73083-0808
6178013       +UAMS,   P.O. Box 505,   Linden, MI 48451-0505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
6178014       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 11 2019 00:11:03    Capital One,
               1680 Capital One Dr.,   McLean, VA 22102-3407
6178015        E-mail/Text: mrdiscen@discover.com May 11 2019 00:12:34    Discover Card,   P.O. Box 30943,
               Salt Lake City, UT  84130
6178019       +E-mail/Text: egssupportservices@alorica.com May 11 2019 00:12:56    EGS Financial Care, Inc.,
               P.O. Box 1020,   Horsham, PA 19044-8020
6175271       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2019 00:11:37
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
6178016       +E-mail/PDF: gecsedi@recoverycorp.com May 11 2019 00:11:35    Synchrony Bank,   P.O. Box 965004,
               Orlando, FL 32896-5004
6178017       +E-mail/Text: bankruptcynotices@cbecompanies.com May 11 2019 00:13:01    The CBE Group, Inc.,
               1309 Technology Parkway,   Cedar Falls, IA 50613-6976
                                                                             TOTAL: 6


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6178020       ##+Stephen P. Lamb,   P.O. Box 1027,   Beebe, AR 72012-1027
                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
              Frederick S. Wetzel, III   fswetzel@wetzelandmoore.com,   firm@wetzelandmoore.com;AR10@ecfcbis.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov;
              Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
              j.gov
                                                                             TOTAL: 2

**IN THE UNITED STATES BANKRUTPCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**IN RE:  JAMES EDWARD TOMASSINI and**          **CASE NO.: 4:18-bk-12259**
     **MICHELLE SUSANNE TOMASSINI, DEBTORS**     **CHAPTER 7**

**ORDER GRANTING REQUEST TO REOPEN CASE**
**SINCE ALL DEFICIENCIES HAVE BEEN DEALT WITH**

Presently pending before the court is a *Request to Reopen Case Since All Deficiencies Have Been Dealt With* ("Motion to Reopen") filed by James Edward Tomassini and Michelle Susanne Tomassini, the debtors ("debtors"), on March 15, 2019, at docket entry 52.  The court set the Motion to Reopen for hearing on April 25, 2019.  Based upon the court's review of the pleading and the case file, the Motion to Reopen is hereby granted.

IT IS SO ORDERED.

Dated this 9th day of May, 2019.

_____

HONORABLE RICHARD D. TAYLOR
UNITED STATES BANKRUPTCY JUDGE

cc:    James Edward Tomassini and Michelle Susanne Tomassini
       Frederick S. Wetzel, III

EOD: May 10, 2019